# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Numbers, Robert T. | U.S. District Court, Eastern District North Carolina | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (Full-Time) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

United States District Court
Terry Sanford Federal Building
310 New Bern Ave.
Raleigh, NC 27601-1418

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Numbers, Robert T. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12-9-16 | Wal-Mart Pennsylvania Class Action (see Part VIII) | $447.10 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Antonin Scalia Law School at George Mason University | May 1-6, 2016 | Arlington, Virginia | Judicial Education Program | Food, transportation, and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Numbers, Robert T. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Discover Student Loan #1 | Law School Loan | J |
| 2. | Discover Student Loan #2 | Law School Loan | J |
| 3. | Discover Student Loan #3 | Law School Loan | J |
| 4. | Discover Student Loan #4 | Law School Loan | J |
| 5. | NelNet Student Loan #1 | Law School Loan | K |
| 6. | NelNet Student Loan #2 | Law School Loan | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Numbers, Robert T. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Investment Account #1 (H) | | | | | | | | | |
| 2. Dodge & Cox International Stock | A | Int./Div. | | | Sold | 10/25/16 | K | A | |
| 3. Goldman Sachs Small Cap Value | A | Int./Div. | | | Sold | 10/25/16 | M | | |
| 4. Lazard Emerging Markets Equity | A | Int./Div. | | | Sold | 10/25/16 | K | | |
| 5. Retirement 2040 Port | A | Int./Div. | | | Sold | 10/25/16 | K | | |
| 6. Retirement 2050 Port | A | Int./Div. | | | Sold | 10/25/16 | J | A | |
| 7. Vanguard Institutional Index | B | Int./Div. | | | Sold | 10/25/16 | J | A | |
| 8. Vanguard Short Term Corporate Bond | A | Int./Div. | | | Sold | 10/25/16 | K | | |
| 9. Vanguard Total International Stock | A | Int./Div. | | | Sold | 10/25/16 | K | | |
| 10. Investment Account #2 (H) | | | | | | | | | |
| 11. Vanguard 500 Index Fund Investor Shares | A | Int./Div. | J | T | | | | | |
| 12. Retirement Account #1 (H) | | | | | | | | | |
| 13. Vanguard Institutional Index Fund Institutional Shares | A | Int./Div. | J | T | Buy | 02/16/16 | J | | |
| 14. Retirement Account #2 (H) | | | | | | | | | |
| 15. TD Bank (cash account) | A | Interest | J | T | Open | 10/26/16 | N | | |
| 16. DFA Select Hedge Glbl Fixed Income Fund (DFSHX) | A | Int./Div. | K | T | Buy | 11/01/16 | K | | |
| 17. DFA Inflation Protected Sec PTF (DIPSX) | A | Int./Div. | J | T | Buy | 11/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DFA International Core Equ PTFL (DFIEX) | A | Int./Div. | K | T | Buy | 11/01/16 | K | | |
| 19. DFA US Vector Eq (DFVEX) | B | Int./Div. | L | T | Buy | 11/01/16 | L | | |
| 20. | | | | | Sold (part) | 12/15/16 | J | | |
| 21. DFA US Core Equity 2 (DFQTX) | A | Int./Div. | L | T | Buy | 11/01/16 | L | | |
| 22. DFA Emerging Markets Core Equity 1 (DFCEX) | A | Int./Div. | K | T | Buy | 11/01/16 | K | | |
| 23. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 24. DFA World Ex US Govt Fix Inc Inst (DWFIX) | A | Int./Div. | J | T | Buy | 11/01/16 | J | | |
| 25. DFA Investment Grade PTF (DFAPX) | A | Int./Div. | K | T | Buy | 11/01/16 | K | | |
| 26. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 27. DFA Short Term Ext Quality PTF (DFEQX) | A | Int./Div. | J | T | Buy | 11/01/16 | J | | |
| 28. DFA Intnl Vector Equity Portfolio (DFVQX) | A | Int./Div. | K | T | Buy | 11/01/16 | K | | |
| 29. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 30. DFA Global Real Estate Sec PTF (DFGEX) | B | Int./Div. | K | T | Buy | 11/01/16 | K | | |
| 31. DFA International Value 1 (DFIVX) | A | Int./Div. | K | T | Buy | 11/01/16 | K | | |
| 32. College Foundation of North Carolina Account #1 (H) | | | | | | | | | |
| 33. Vanguard Conservative Growth Portfolio | | None | J | T | | | | | |
| 34. Vanguard Moderate Growth Portfolio | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Numbers, Robert T. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. College Foundation of North Carolina Account #2 (H) | | | | | | | | | |
| 36. Vanguard Conservative Growth Portfolio | None | | J | T | | | | | |
| 37. Vanguard Moderate Growth Portfolio | None | | J | T | | | | | |
| 38. RiverSouvce Variable Universal Life IV Insurance (H) | | | | | | | | | |
| 39. Columbia Variable Portfolio Intermediate Bond Fund (Class 3) | None | | J | T | | | | | |
| 40. Columbia Variable Portfolio Dividend Opportunity Fund (Class 3) | None | | J | T | | | | | |
| 41. AllianceBernstein VPS International Value Portfolio | None | | J | T | | | | | |
| 42. AllianceBernstein VPS Growth & Income Portfolio | None | | J | T | | | | | |
| 43. Goldman Sachs VIT Mid Cap Value Fund - Institutional Shares | None | | J | T | | | | | |
| 44. Wanger USA | None | | J | T | | | | | |
| 45. RiverSource Variable Universal Life IV ES Insurance (H) | | | | | | | | | |
| 46. Columbia Variable Portfolio Intermediate Bond Fund (Class 3) | None | | J | T | | | | | |
| 47. Columbia Variable Portfolio Dividend Opportunity Fund (Class 3) | None | | J | T | | | | | |
| 48. AllianceBernstein VPS International Value Portfolio | None | | J | T | | | | | |
| 49. AllianceBernstein VPS Growth & Income Portfolio | None | | J | T | | | | | |
| 50. Fidleity VIP Mid Cap Portfolio Service Class 2 | None | | J | T | | | | | |
| 51. FTVIPT Franklin Global Real Estate VIP Fund - Class 2 | None | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Numbers, Robert T. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Goldman Sachs VIT Mid Cap Value Fund - Institutional Shares | | None | J | T | | | | | |
| 53. Wanger USA | | None | J | T | | | | | |
| 54. Misc. Holdings (H) | | | | | | | | | |
| 55. Wells Fargo Accounts | A | Int./Div. | K | T | | | | | |
| 56. Land in Cary, North Carolina | | None | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Numbers, Robert T. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This amendment corrects a software-related inconsistency in the date of the report. No data changes.

Part III A., Line 1: Class action settlement check related to hourly wages earned prior to May 1, 2006, plus interest. I did not participate in this case, nor did I request this award.

Part VII, Lines 33, 34, 36, 37, 39-44, and 46-53: These holdings are unit-based rather than direct investments, therefore they do not generate reportable income; reporting is in accordance with the 3rd paragraph on page 40 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert T. Numbers**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544